USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,

   - against -

JOHN PATRICK GORMAN III,

                Defendant.
----------------------------------------X

21 Civ. 870 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Consistent with the Court's Individual Practices, Defendant submitted a letter dated May 21, 2021 advising Plaintiff of alleged deficiencies in the Complaint. On May 24, 2021, the Court directed the Clerk of Court to enter the letter into the public docket and ordered Plaintiff to respond within ten days. (See "Order," Dkt. No. 14.)

    Later that day, counsel for Plaintiff sent an email to chambers requesting clarification regarding whether the response was due ten days from the date of Defendant's letter or from the date of the Court's Order.

    The Court hereby clarifies that Plaintiff's deadline to respond to Defendant's letter is ten (10) days from the date of the Court's Order.

**SO ORDERED.**

Dated:    New York, New York
            25 May 2021

                                                              _____
                                                               Victor Marrero
                                                                 U.S.D.J.