```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

COMMODITY FUTURES TRADING COMMISSION,

                Plaintiff,

- against -

JOHN PATRICK GORMAN III,

                Defendant.

**21 Civ. 870 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Plaintiff Commodity Futures Trading Commission ("CFTC") and defendant John Patrick Gorman III ("Gorman") have submitted their respective grounds for modifying or reconsidering the Court's Decision and Order (Dkt. No. 20) denying Gorman's motion to dismiss the complaint. (See Dkt. Nos. 24-25, 26.) The CFTC submitted a three-page letter, while Gorman submitted a full motion. Accordingly, it is hereby

    **ORDERED** that Gorman shall respond to the CFTC's letter (Dkt. No. 26) within ten (10) days of this Order. The CFTC shall thereafter submit a reply within seven (7) days. The letters shall not exceed three (3) pages; and it is further

    **ORDERED** that the CFTC shall respond to Gorman's motion (Dkt No. 24) within ten (10) days of this Order. Gorman shall thereafter submit a reply within seven (7) days. The parties' submissions shall comply with the page-limit and formatting requirements in Section II(D) of the Court's Individual Practices.

**SO ORDERED.**

Dated:    March 15, 2022
          New York, New York

                                              _____
                                                  Victor Marrero
                                                      U.S.D.J.