UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>     Plaintiff,<br><br>  v.<br><br>JOHN PATRICK GORMAN III,<br><br>     Defendant. | Case No. 21-CV-870<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

  The motion of R. Stephen Painter, Jr., for admission to practice Pro Hac Vice in the above-captioned action is granted.

  Applicant has declared that he is a member in good standing of the bars of the states of New York and Illinois; and that his contact information is as follows:

> R. Stephen Painter, Jr.
> Commodity Futures Trading Commission
> 290 Broadway, 6th Floor
> New York, NY 10007
> (646) 746-9815 (office)
> spainter@cftc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Commodity Futures Trading Commission in the above entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District for the Southern District of New York.

  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2022

_____
**UNITED STATES DISTRICT JUDGE**