**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2022
```

COMMODITY FUTURES TRADING COMMISSION,

                Plaintiff,

- against -

JOHN PATRICK GORMAN III,

                Defendant.

**21 Civ. 870 (VM)**

<u>ORDER</u>

**VICTOR MARRERO**, United States District Judge.

    Gabriella Geanuleas, who entered her appearance for plaintiff Commodity Futures Trading Commission ("CFTC"), filed a notice to withdraw her appearance since she is leaving the CFTC. (Dkt. No. 37.) The request to withdraw and be removed the CM/ECF notification lists is **GRANTED**.

**SO ORDERED.**

Dated:    May 12, 2022
            New York, New York

                                              Victor Marrero
                                              U.S.D.J.