UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>       Plaintiff,<br><br>  -against-<br><br>JOHN PATRIC GORMAN III,<br><br>       Defendant. | 21-CV-870 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

  Before this Court is the United States of America's (the "Government") motion to intervene in this case pursuant to Rule 24 of the Federal Rules of Civil Procedure. ECF No. 96. Specifically, the Government seeks leave to file a responsive brief regarding Defendant's motion to compel the production of, *inter alia*, documents in the possession of the United States Attorney's Office for the Southern District of New York. ECF No. 94. Defendant filed a response to the Government's motion on December 3, 2024. ECF No. 97. While Defendant noted the "typical concerns" warranting the government's intervention in a civil enforcement action are absent here, *Id.* at 2, he nonetheless does not oppose the requested relief. *Id.* The Government's motion is therefore GRANTED.

  IT IS HEREBY ORDERED that the Government shall file its responsive brief on or before **December 27, 2024**, and Defendant may file a reply to the Government's brief on or before **January 10, 2025**. The Clerk of Court is respectfully directed to terminate ECF No. 96.

Dated: December 5, 2024
   New York, New York

                  SO ORDERED.

                  *Jessica Clarke*
                  _____

JESSICA G. L. CLARKE
United States District Judge