UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,

              Plaintiff,

     v.                                                                    Case No. 21-cv-870 (JGLC)

JOHN PATRICK GORMAN III,

              Defendant.

## PLAINTIFF CFTC'S UNOPPOSED MOTION FOR STAY OF DEADLINES

    Plaintiff Commodity Futures Trading Commission ("CFTC") requests that this Court stay the deadlines in this action during the current government shutdown.

    The Federal Government is presently shut down, and all non-essential employees, including undersigned counsel, are being furloughed and prohibited by law from performing actions related to their employment. *See* 31 U.S.C. § 1341 ("Anti-deficiency Act").

    The CFTC is taking steps to effectuate the shutdown, but also to ensure (a) that it complies with all of its obligations before this Court; and (b) that it does not violate the Anti-deficiency Act. Accordingly, the CFTC requests that the Court stay all deadlines in this action until such time as undersigned counsel's employment status is reinstated. Upon reinstatement of the employment status of the undersigned counsel, the CFTC shall seek to lift the stay and, in consultation with counsel for Defendant, request the Court set new deadlines as necessary.

    Counsel for CFTC certify that they conferred with counsel for Defendant and that counsel indicated that they consent to the filing of this motion.

Dated: October 1, 2025    By: */s/ Alyson Cohen*

Alyson Cohen
Devin Cain
Benjamin Rankin
R. Stephen Painter, Jr.
290 Broadway, 6th Floor
New York, New York 10007
acohen@cftc.gov
ATTORNEYS FOR PLAINTIFF
COMMODITY FUTURES TRADING
COMMISSION

Application GRANTED. For the reasons identified in the CFTC's letter, and because the request is unopposed, the Court hereby STAYS all deadlines and conferences in this action *sine die* until further application from Plaintiff.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 2, 2025
         New York, New York

2