UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>      Plaintiff,<br><br> -against-<br><br>JOHN PATRICK GORMAN, III,<br><br>      Defendant. | 21-CV-870 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

On October 1, 2025, Plaintiff requested to stay this action during the government shutdown and indicated that it would seek to lift the stay upon the counsel. ECF No. 111. The Court granted that request. ECF No. 113. The Federal Government subsequently reopened on November 13, 2025. Accordingly, the Court directs the Clerk of Court to lift the stay on this case.

By December 22, 2025, Plaintiff is directed to submit a letter indicating whether it seeks to change any deadlines set forth in ECF No. 109. If proposing changes, Plaintiff is directed to consult with counsel for the Defendant and submit a proposed Third Amended Civil Case Management Plan and Scheduling Order with the letter.

Dated: December 15, 2025
   New York, New York

            SO ORDERED.

            *Jessica Clarke*
            _____

            JESSICA G. L. CLARKE
            United States District Judge