UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,

       Plaintiff,

  v.

JOHN PATRICK GORMAN III,

       Defendant.

Case No. 21 Civ. 00870 (JGLC)

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Upon the reading and filing of the Motion to Withdraw Appearance, it is:

ORDERED, that, pursuant to Rule 1.4(b) of the Local Rules of the Southern District of New York, Sean Kelly is hereby permitted to withdraw as counsel of record for Defendant John Patrick Gorman III;

ORDERED, that the Clerk shall amend the docket and other court records to reflect the withdrawal of Sean Kelly as counsel of record for John Gorman;

ORDERED, that Sean Kelly shall be removed from all electronic and other service lists in the Court's records for this matter.

**IT IS SO ORDERED.**

Dated: New York, New York January 5, 2026 ~~2025~~

The Clerk of Court is respectfully directed to terminate ECF No. 118.

_Jessica Clarke_
_____
JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE